IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GARY RAYBURN                                                              PLAINTIFF

      v.                        Civil No. 04-4147

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                   DEFENDANT

## **JUDGMENT**

On this the 14th day of April, 2006, the Court has before it for consideration, plaintiff's request for attorney's fees for Todd Cockrill, pursuant to The Equal Access to Justice Act. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, in part, and plaintiff's attorney is awarded fees and expenses in the amount of $1,600.00 under *28 U.S.C. § 2412*.

    IT IS SO ORDERED.

                              /s/ Bobby E. Shepherd
                              HONORABLE BOBBY E. SHEPHERD
                              UNITED STATES MAGISTRATE JUDGE